Decided April 21, 2005

STATE OF CONNECTICUT *v.* SCOTT JACOBSON

The defendant's petition for certification for appeal from the Appellate Court, 87 Conn. App. 440 (AC 23983), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the improper introduction of fifty-three photographs, testimony regarding a ziplock bag of hair and testimony regarding the defendant's prior misconduct constituted harmless error?"

The Supreme Court docket number is SC 17415.

*Norman A. Pattis,* in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided April 21, 2005